IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 9:22-CV-80904

AFFORDABLE AERIAL PHOTOGRAPHY, INC.,

   Plaintiff,

v.

GARY FARBER GELMAN, as Trustee of the
GARY FARBER GELMAN REVOCABLE TRUST
and GARY FARBER GELMAN, individually,

   Defendants.

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff Affordable Aerial Photography, Inc. ("Plaintiff") hereby states that Plaintiff has no parent corporation or publicly held corporation that owns 10% or more of Plaintiff's stock.

Dated: July 19, 2022.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
james@copycatlegal.com
dan@copycatlegal.com

By: /s/ James D'Loughy
    James D'Loughy, Esq.
    Florida Bar No.: 0052700
    Daniel DeSouza, Esq.
    Florida Bar No.: 19291

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2022, I electronically filed the foregoing document with

the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record and via U.S. Mail to Gary Farber Gelman and Gary Farber Gelman Revocable Trust, 530 Ocean Drive, Apartment 1003, North Palm Beach, FL 33408.

/s/ James D'Loughy
James D'Loughy, Esq.